PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. GALLIVAN.

[No. 23,211. Filed Jan. 7, 1919.]

From Marion Superior Court (101,767); *V. G. Clifford*, Judge.

Action by Thomas J. Gallivan against the Pittsburg, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for the plaintiff, the defendant appeals. *Reversed.*

*Pickens, Moores, Davidson & Pickens, C. B. Heiserman* and *E. H. Seneff*, for appellant.

*M. L. Clawson*, for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), 187 Ind. 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer and for further proceedings not inconsistent herewith.